580

435 A.2d 929

Commonwealth v. Barrett, Appellant.

Submitted May 26, 1981. Joel Harvey Slomsky, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Order of lower court is affirmed.

435 A.2d 929

Commonwealth v. Coviello, Appellant.

Submitted December 5, 1980. John J. Dunn, Sr., for appellant; Ernest D. Preate, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.